

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

September 21, 2006

Ms. Nancy Mayer-Whittington, Clerk
United States District Court
1834 E. Barrett Prettyman
United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

CR 06-21-05-RBW

SEALED    FILED
SEP 2 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Re:   Transfer to U.S. Magistrate Judge

Case No.  ED06-00233 M

Case Title:  USA v. Sean Blakney

Dear Sir/Madam:

Pursuant to Rule 40 of the Federal Rules of Criminal Procedure, enclosed are the following:
- ☒ Certified copy of entire case file.
- ☒ Certified copy of docket sheet
- ☐ Letter re status of property bond
- ☐ Original bond enclosed
    - ☐ Original bond to be forwarded by the Fiscal Section
    - ☒ Certified copy of final commitment
- ☐ Original Passport
- ☐ Original Declaration re: Passport
- ☒ Other  Financial Affidavit - NOT FOR PUBLIC VIEW

Please acknowledge receipt on the copy of this letter and return to this office.

Sincerely,

Clerk, U.S. District Court

By  A. Morris
Deputy Clerk 951-328-4460

cc:  U.S. Attorney (Central District of California)
     U.S. Attorney (Receiving district)

---

Receipt of the above-described documents is acknowledged herewith and assigned case number _____.

Clerk, U.S. District Court

_____    By _____
Date                         Deputy Clerk

CR-48 (01/01)                LETTER RE:  RULE 40 - TRANSFER OUT