CLOSED

# U.S. District Court
# CENTRAL DISTRICT OF CALIFORNIA (Eastern Division - Riverside)
# CRIMINAL DOCKET FOR CASE #: 5:06-mj-00233-DUTY-ALL
# Internal Use Only

Case title: USA v. Blakney
Other court case number: 06-21-5 USDC District of Columbia

Date Filed: 09/18/2006

*[handwritten: CR 06-21-05-RBW incorrect name for defendant]*

Assigned to: Duty Magistrate Judge

**Defendant**

**Cinquan Blakney** (1)
TERMINATED: 09/19/2006

*[handwritten: should be Sean Blakney]*

represented by **Kay K Otani**
Federal Public Defenders Office
3801 University Avenue, Suite 150
Riverside, CA 92501
951-276-6296
Email: fpdla2@earthlink.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

[Clerk's attestation stamp: SEP 21 2006, CLERK U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION, 0058]

**Pending Counts**                                    **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                                 **Disposition**
None

**Highest Offense Level (Terminated)**
None

## Complaints

21:841B=CD.F

## Disposition

Defendant held to answer to the District of Columbia @ Washington

## Plaintiff

USA

| Date Filed | # | Docket Text |
|---|---|---|
| 09/15/2006 | | ***Defendant Cinquan Blakney ARRESTED (Rule 5(c)(3)) (am, ) (Entered: 09/21/2006) |
| 09/18/2006 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Cinquan Blakney, originating in the Distirct of Columbia. Defendant charged in violation of: 21 USC 841-846. Signed by agent Amy R. Pferfer, Special Agent. filed by USA. (am, ) (Entered: 09/21/2006) |
| 09/18/2006 | 2 | Defendant Cinquan Blakney arrested on warrant issued by the USDC District of Columbia at Washington. (am, ) (Entered: 09/21/2006) |
| 09/18/2006 | 3 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Cinquan Blakney; defendants Year of Birth: 1968; date of arrest: 9/15/2006 (am, ) (Entered: 09/21/2006) |
| 09/18/2006 | 4 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Oswald Parada as to Defendant Cinquan Blakney Defendant arraigned and states true name is as cahrleged. Attorney: Kay K Otani for Cinquan Blakney, DFPD, present. Defendant remanded to the custody or currently in the custody of the US Marshal. Court orders defendant held to answer to District of Clumbia @ Washington. Warrant of Removal and final commitment to issue. Tape #: 06-42. (am, ) (Entered: 09/21/2006) |
| 09/18/2006 | 5 | NOTICE OF REQUEST FOR DETENTION filed by Defendant Cinquan Blakney (am, ) (Entered: 09/21/2006) |
| 09/18/2006 | 6 | ORDER OF DETENTION by Magistrate Judge Oswald Parada as to Defendant Cinquan Blakney, (am, ) (Entered: 09/21/2006) |
| 09/18/2006 | 7 | WAIVER of Rule 5(c)(3) Hearings by Cinquan Blakney (am, ) (Entered: 09/21/2006) |
| 09/18/2006 | 8 | FINANCIAL AFFIDAVIT filed as to Defendant Cinquan Blakney. (am, ) (Entered: 09/21/2006) |

| 09/18/2006 | | ***Magistrate Case Terminated (am, ) (Entered: 09/21/2006) |
| 09/19/2006 | 9 | WARRANT OF REMOVAL AND COMMITMENT by Magistrate Judge Oswald Parada that Defendant Cinquan Blakney be removed to the District of Columbia @ Washington (am, ) (Entered: 09/21/2006) |

Name & Address

FILED
CLERK U.S DISTRICT COURT
SEP 19 2006
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | ED 06-233-M |
| v. | FINAL COMMITMENT AND WARRANT OF REMOVAL |
| SEAN BLAKNEY | District of __COLUMBIA__ |
| DEFENDANT(S). | At __District of Columbia__ *(City)* |

**To: United States Marshal for the Central District of California**

The above-named defendant is hereby remanded to your custody and you are hereby ORDERED to remove him/her forthwith, along with a certified copy of this Commitment, to the custodian of a place of confinement within the District of Origin, approved by the Attorney General of the United States, where the defendant shall be received and safely kept until discharged in due course of law.

This defendant was arrested in this District after:
- ☐ filing of a complaint before a U.S. Magistrate Judge
- ☒ an indictment by a Grand Jury
- ☒ a bench warrant issued by a U.S. District Judge/Magistrate Judge/Clerk from the District of Origin charging that on or about 2002 and continuing thereafter up to and including January 2006, in the District of Origin the defendant did: Conspiracy to Distribute and Possession with Intent to Distribute Heroin, Cocaine, and Marijuana in violation of Title(s) 21 U.S.C., Section(s) 846; and 21 U.S.C. Section(s) 841(a)(1) and 841(b)(1)(B)(i); 841(b)(1)(C); 841(b)(1)(A)(iii).

The defendant has now:
- ☒ duly waived identity hearing before me on __9/18/06__.
- ☐ duly waived preliminary examination before me on _____.
- ☐ had a hearing before me on _____, and it appears that there is probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
- ☐ had a hearing before me on _____, and it appears that the defendant is the person named as charged, and:
  - ☐ Bail has been set at $_____ but has not been posted.
  - ☐ No bail has been set.
  - ☒ Permanent detention has been ordered.
  - ☐ Temporary detention has been ordered.

__9/19/06__                                    _____
Date                                           United States Magistrate Judge

## RETURN

Received this commitment and designated prisoner on _____, and on _____, committed him to _____ and left with the custodian at the same time a certified copy of the within temporary commitment.

United States Marshal, Central District of California

_____          _____
Date                          Deputy

M-15 (08/99)                  FINAL COMMITMENT AND WARRANT OF REMOVAL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

v.

Sean Blakney
_____
Defendant

CASE NUMBER ED 06-233 M

WAIVER OF RIGHTS
(OUT OF DISTRICT CASES)

I understand that charges are pending in the _____ District of Columbia alleging violation of  21 USC §§ 841-46  and that I have been arrested in this district and
    (Title and Section / Probation / Supervised Release)
taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:
  (1) have an identity hearing to determine whether I am the person named in the charges;
  (2) receive a copy of the charge(s) against me;

-Check one only-

[X] **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**
  (3) have a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and
  (4) request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead guilty.

[ ] **PROBATION OR SUPERVISED RELEASE CASES:**
  (3) have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release.

*I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:*
  [X] *have an identity hearing*
  [X] *receive a copy of the charge(s) against me*
  [ ] *have a preliminary examination*
  [ ] *have an identity hearing, and I have been informed that I have no right to a preliminary examination*
  [ ] *have an identity hearing, but I request that a preliminary examination be held in the prosecuting district*

_____
Defendant

_____
Defense Counsel

DATE: 9/18/2006

_____
United States Magistrate Judge

M-14( Rev. 1/03 )                                WAIVER OF RIGHTS (OUT OF DISTRICT CASES)

1
2
3
4
5
6
7

0058

8       UNITED STATES DISTRICT COURT

9       CENTRAL DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )
                                   )    ED06-233-M
12          Plaintiff,             )
                                   )
13      v.                         )    ORDER OF DETENTION
                                   )
14  Sean Blakney                   )
                                   )
15          Defendant.             )

16
       On motion by the Government for pre-trial detention, the Court finds that no condition or
17
   combination of conditions will reasonably assure the appearance of defendant as required or the safety
18
   of any person or the community.
19
       The court has considered the nature and circumstances of the offenses; the weight of evidence
20
   against the defendant; the history and characteristics of the defendant; and the nature and seriousness
21
   of the danger to any person or the community.
22
       The court bases the foregoing findings on the defendant's stipulation to pre-trial detention and the
23
   Pretrial Services Report/Recommendation. The defendant also has not rebutted by sufficient evidence
24
   to the contrary the presumption provided by statute.
25
       IT IS THEREFORE ORDERED that defendant be detained without prejudice prior to trial. IT
26
   IS FURTHER ORDERED that defendant be committed to the custody of the Attorney General for
27
   confinement in a corrections facility separate, to the extent practicable, from persons awaiting or
28

ORDER OF DETENTION

Page 1 of 2

1  serving sentences or being held in custody pending appeal; that defendant be afforded reasonable
2  opportunity for private consultation with counsel; and that, on order of a Court of the United States
3  or on request of any attorney for the Government, the person in charge of the corrections facility in
4  which defendant is confined deliver defendant to a United States Marshal for the purpose of any
5  appearance in connection with a court proceeding. This order is made without prejudice to
6  reconsideration.

Dated: 9/18/06

Oswald Parada, U.S. Magistrate Judge

ORIGINAL

```
 1  DEBRA WONG YANG
    United States Attorney
 2  JOHN C. RAYBURN, JR.
    Assistant United States Attorney
 3  Chief, Riverside Branch Office
    RAYMOND O. AGHAIAN
 4  Assistant United States Attorney
    Cal. State Bar #218294
 5       3880 Lemon Street, Ste. 210
         Riverside, California 92501
 6       Telephone:  (951) 276-6924
         Facsimile:  (951) 276-6202
 7       Raymond.Aghaian@usdoj.gov

 8  Attorneys for Plaintiff
    United States of America
 9
```

FILED
SEP 18 2006
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. ED06-233 M |
|---|---|
| Plaintiff, | ) |
|  | ) GOVERNMENT'S NOTICE OF |
| v. | ) REQUEST FOR DETENTION |
|  | ) |
| SEAN BLAKNEY, | ) |
|  | ) |
| Defendant. | ) |

Plaintiff, United States of America, by and through its counsel of record, hereby requests detention of defendant and gives notice of the following material factors:

___ 1.  <u>Temporary 10-day Detention Requested (§ 3142(d))</u>

on the following grounds:

___ a.  offense committed while defendant was on

release pending (felony trial), (sentencing)

(appeal) or on (probation) (parole);

___ b.  alien not lawfully admitted for permanent

residence;

DOCKETED ON CM
SEP 21 2006

|     |     |     |     |
| --- | --- | --- | --- |
| 1   |     | ___ | c. flight risk; |
| 2   |     | ___ | d. danger to community. |
| 3   | _X_ | 2.  | <u>Pretrial Detention Requested (§ 3142(e))</u> because |
| 4   |     |     | <u>no condition or combination of conditions will</u> |
| 5   |     |     | <u>reasonably assure against</u>: |
| 6   |     | _X_ | a. Danger to any other person or the community; |
| 7   |     | _X_ | b. Flight. |
| 8   | ___ | 3.  | <u>Detention Requested Pending Supervised</u> |
| 9   |     |     | <u>Release/Probation Revocation Hearing (Rules</u> |
| 10  |     |     | <u>32.1, 46, § 3143) because defendant cannot</u> |
| 11  |     |     | <u>establish a condition or combination of</u> |
| 12  |     |     | <u>conditions that will reasonably assure against</u>: |
| 13  |     | ___ | a. Danger to any other person or the community; |
| 14  |     | ___ | b. Flight. |
| 15  | _X_ | 4.  | <u>Presumptions Applicable to Pretrial Detention</u> |
| 16  |     |     | <u>(18 U.S.C. § 3142(e))</u>: |
| 17  |     | _X_ | a. Title 21 offense with 10-year or greater |
| 18  |     |     |    maximum penalty (presumption of danger to |
| 19  |     |     |    community and flight risk); |
| 20  |     | ___ | b. firearm used or carried during offense (18 |
| 21  |     |     |    U.S.C. § 924(c)) (presumption of danger to |
| 22  |     |     |    community and flight risk); |
| 23  |     | ___ | c. offense under Maritime Drug Law Enforcement |
| 24  |     |     |    Act (46 U.S.C. App. 1901 et seq.) |
| 25  |     |     |    (presumption of danger to community and |
| 26  |     |     |    flight risk); |
| 27  |     | _X_ | d. defendant currently charged with (I) crime of |
| 28  |     |     |    violence, (II) offense with maximum sentence |

2

|    |    |    |    |
|----|----|----|----|
| 1  |    |    | of life imprisonment or death,(III) Title 21 |
| 2  |    |    | offense with ten year or greater maximum |
| 3  |    |    | sentence, or (IV) state or local offense that |
| 4  |    |    | would qualify under I, II, or III if federal |
| 5  |    |    | jurisdiction were present, <u>and</u> defendant was |
| 6  |    |    | previously convicted of a crime listed in I, |
| 7  |    |    | II, or III committed while on release pending |
| 8  |    |    | trial, <u>and</u> the current offense was committed |
| 9  |    |    | within five years of conviction or release |
| 10 |    |    | from prison on the above-described previous |
| 11 |    |    | conviction (presumption of danger to |
| 12 |    |    | community). |
| 13 | _X_ | 5. | <u>Government is Entitled to Detention Hearing</u> |
| 14 |    |    | <u>Under § 3142(f) Based on the Following</u>: |
| 15 | ___ | a. | crime of violence (defined in 18 U.S.C. § |
| 16 |    |    | 3156); |
| 17 | ___ | b. | maximum sentence is life imprisonment or |
| 18 |    |    | death; |
| 19 | _X_ | c. | Title 21 offense with maximum sentence of ten |
| 20 |    |    | years or more; |
| 21 | ___ | d. | instant offense is felony and defendant has |
| 22 |    |    | two or more convictions for a crime set forth |
| 23 |    |    | in a-c above or for an offense under state or |
| 24 |    |    | local law that would qualify under a, b, or c |
| 25 |    |    | if federal jurisdiction were present; |
| 26 | _X_ | e. | serious risk of flight; |
| 27 | ___ | f. | serious risk of (obstructing justice or |
| 28 |    |    | attempting to obstruct justice)(threatening, |

injuring, or intimidating witness or juror, or attempting to do so).

____  6.  Government requests continuance of _____ days for detention hearing based upon the following reason: _____
_____
_____

____  7.  Good cause for continuance in excess of three days exists in that:
_____
_____
_____

DATED: September 18, 2006.   Respectfully submitted,

DEBRA WONG YANG
United States Attorney

/s/ Raymond O. Aghaian

RAYMOND O. AGHAIAN
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

4

P SEND

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, PLAINTIFF

☐ LA  ☒ RS  ☐ SA        ☐ UNDER SEAL
CASE NUMBER: **ED 06 00233 M**
☐ COMPLAINT  ☐ DISTRICT AFFIDAVIT
☐ INDICTMENT  ☐ INFORMATION
☐ SUMMONS  ☐ EXTRADITION
☐ PSA/PO WARRANT
☐ SUPER FAST TRACK (Class B Misdemeanor)
FILED: _____
VIOLATION: 21 USC § 841/846

v.

Sean Blakney ~~Gingham~~

DEFENDANT.

DATE: 9/18/06    TIME: 3:00 PM
TAPE NUMBER: 06-42

PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE Oswald Parada

CALENDAR/PROCEEDINGS SHEET
LOCAL/OUT-OF-DISTRICT CASE

PRESENT: M. Galvez          Tony Raphael          N/A
         Deputy Clerk       Assistant U.S. Attorney   Interpreter/Language

☒ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☐ preliminary hearing OR ☒ removal hearing / Rule 20.
☒ Defendant states true name ☒ is as charged ☐ is _____
☐ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered SEALED.
☒ Attorney: Kay Ohani _____ ☐ Retd. ☒ Apptd. ☐ Prev. Apptd. ☒ DFPD ☐ Panel ☐ Poss. Contribution
  Ordered (see separate order)  ☐ Special appearance by: _____
☒ Government's request for detention is: ☒ GRANTED  ☐ DENIED  ☐ WITHDRAWN  ☐ CONTINUED
☒ Defendant is ordered: ☒ Permanently Detained  ☐ Temporarily Detained (see separate order)
☐ BAIL FIXED AT $_____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case:  ☐ GRANTED  ☐ DENIED
☐ Preliminary Hearing waived.
☐ SUPER FAST TRACK  ☐ Defendant is advised of maximum penalties.
☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of further proceedings.
☐ PO/PSA WARRANT  ☐ Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.
☐ Preliminary Hearing set for _____ at 4:30 PM _____
☐ Post-Indictment Arraignment set for: _____ at 8:30 AM in LA; at 3:00 PM in Riverside; at 10:00 AM in Santa Ana
☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED  ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED  ☐ DENIED
☒ Defendant executed Waiver of Rights.  ☐ Process received.
☒ Court ORDERS defendant Held to Answer to _____ District of Columbia at Washington DC.
  ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
  ☒ Warrant of removal and final commitment to issue.  ☐ Warrant of removal and final commitment are ordered stayed
    until _____.
☐ Case continued to (Date) _____ (Time) _____ ☐ AM / ☐ PM
  Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge
  Proceedings will be held in the ☐ Duty Courtroom _____ ☐ Judge's Courtroom _____
☒ Defendant committed to the custody of the U.S. Marshal  ☐ Summons: Defendant ordered to report to USM for processing
☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
  RELEASE ORDER NO: _____
☒ Other: defendant submits on the issue of detention without argument and without prejudice.

☒ PSA  ☒ FINANCIAL  ☒ READY

cc: AUSA, Defendant's counsel                           Deputy Clerk Initials MG
    ☐ PSALA, ☐ PSASA, ☒ PSAED, ☐ USPO                                        : 10
    ORIGINAL -WHITE COPY    PINK- PIA CLERK    YELLOW - STATS    GREEN - CRD

M-5 (11/04)    CALENDAR/PROCEEDINGS SHEET - LOCAL/OUT-OF-DISTRICT CASE    Page 1 of 1

No Interpreter

ED 06-00235 M

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 06-21-5 |
| Cinquan Blakney et al DEFENDANT(S). | REPORT COMMENCING CRIMINAL ACTION |

TO:   CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest  09/15/2006   5:30   ☐ a.m. / ☒ p.m.
2. Charges under which defendant has been booked at ~~Metropolitan Detention Center (MDC)~~ Riverside Marshall Office
   Title 21 841/846
3. Offense charged is a: ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor
4. U.S. Citizen: ☒ Yes   ☐ No   ☐ Unknown
5. Date of Birth: 06/27/1968
6. The defendant is: ☒ Presently in custody on this charge.
   ☐ At liberty on bond posted before a Magistrate Judge.
   ☐ At liberty and warrant is requested.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
7. Place of detention (if out-of-district): Riverside, CA
8. Date detainer placed on defendant: No
9. This is a reprosecution of previously dismissed charges. (Docket/Case No. No )
10. Name of Pretrial Services Officer: Pam Pozo
11. Remarks (if any): _____

12. Date: 09/18/2006            13. Signature: [signature]
14. Name: Amy R. Pfeifer         15. Title: Special Agent

**REPORT COMMENCING CRIMINAL ACTION**

CR-64 (10/93)                                                    Page 1 of 1

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

US of America
PLAINTIFF(S)

v.

Cinquan Blakney et al.
DEFENDANT(S).

CASE NUMBER

ED 06 - 00233 M

**AFFIDAVIT RE
OUT-OF-DISTRICT WARRANT**

---

The above-named defendant was charged by: UNITED States District Court
in the _____ District of Columbia on 08/23/06
at 0900 ☒ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title 21 U.S.C., Section(s) 841-846
to wit: Conspr. to Dist. & Poss. w/ intent to Dist. Heroin + Cocaine + Marijuana

A warrant for defendant's arrest was issued by: U.S. D.C. Dist. of Columbia

Bond of $ -0- was ☐ set / ☐ recommended.

Type of Bond: ☒ No Bond

Relevant document(s) on hand (attach): Arrest Warrant + Indictment

---

I swear that the foregoing is true and correct to the best of my knowledge.
Sworn to before me, and subscribed in my presence on 9/18/06 , by
_L. Murry_, Deputy Clerk.

_[signature]_                          Amy R. Pfeifer
Signature of Agent                     Print Name of Agent

FBI                                    Special Agent
Agency                                 Title

---

CR-52 (05/98)                AFFIDAVIT RE OUT-OF-DISTRICT WARRANT