WARRANT FOR ARREST

CO-180 (Rev. 4/02)

## UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | DOCKET NO: 06-21-5 | MAGIS. NO: |
|---|---|---|

SEALED

CINQUAN BLAKNEY, et. al.

NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED

**Sean Blakney**

FILED

| DOB: | PDID: | |
|---|---|---|

| WARRANT ISSUED ON THE BASIS OF: | **INDICTMENT** | DISTRICT OF ARREST | OCT 0 4 2006 |
|---|---|---|---|
| TO:    ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | | CITY | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE HEROIN, COCAINE, COCAINE BASE, PHENCYCLIDINE, AND MARIJUANA;
UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE 100 GRAMS OR MORE OF HEROIN;
UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE HEROIN;
UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE 50 GRAMS OR MORE OF COCAINE BASE;
UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE COCAINE;
UNLAWFUL DISTRIBUTION OF HEROIN;    UNLAWFUL DISTRIBUTION OF COCAINE BASE;
UNLAWFUL USE OF A COMMUNICATIONS FACILITY;
UNLAWFUL DESTRUCTION, ALTERATION OR CONCEALMENT OF RECORDS OR TANGIBLE OBJECTS IN FEDERAL INVESTIGATIONS;

**IN VIOLATION OF:**

UNITED STATES CODE TITLE & SECTION:

21:846; 21:841(a)(1) and 841(b)(1)(B)(i); 21:841(a)(1) and 841(b)(1)(C); 21:841(a)(1) and 841(b)(1)(A)(iii); 21:841(a)(1) and 841(b)(1)(C); 21:841(a)(1) and 841(b)(1)(C);

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|

| ORDERED BY: U.S. MAGISTRATE JUDGE KAY | SIGNATURE (JUDGE/MAGISTRATE JUDGE) U.S. MAGISTRATE JUDGE ALAN KAY | DATE ISSUED: 8/23/06 |
|---|---|---|
| CLERK OF COURT: Nancy Mayer-Whittington | BY DEPUTY CLERK | DATE: 8/23/06 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 8-23-06 | NAME AND TITLE OF ARRESTING OFFICER DAVID BALDWIN SDUSM | SIGNATURE OF ARRESTING OFFICER David Baldwin |
|---|---|---|
| DATE EXECUTED 10-4-06 | | |
| HIDTA CASE:   Yes    No  X | | OCDETF CASE:   Yes    No  X |