UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 10 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.

Sean Blakney,
Registration No. _____

SEALED

CRIMINAL NO: CR 06-21

*Defendant consents to entry of order of detention and waives written findings*

### ORDER

It is hereby ordered that the Defendant _Sean Blakney_ be committed to the custody of the Attorney General or a designated representative for confinement in the corrections facility separate, to the extent practical, apart from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. Upon order of a Court of the United States of America or at the request of the United States Attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purposes of an appearance in connection with a court proceeding.

SO ORDERED, this _10_ day of _Oct_, _06_.

_____
DEBORAH A. ROBINSON
United States Magistrate Judge