IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Criminal Division

**FILED**

NOV - 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | .05 |
| v.                            ) | Criminal No. 06-21 (RBW) |
| ) | **MATTER UNDER SEAL** |
| ) | |
| SEAN BLAKNEY          ) | |

### APPEARANCE

The Clerk of the United States District Court for the District of Columbia, Criminal Division, will kindly note that Joseph Beshouri, Esquire, a member in good standing with the District of Columbia Bar, hereby enters his appearance **as appointed counsel** on behalf of the defendant, Sean Blakney.

Respectfully submitted,

JOSEPH BESHOURI
Counsel for Sean Blakney
419 - 7th Street, N.W.
Suite 201
Washington, D.C. 20004
(202) 842-0420
(202) 255-9042 (cellular)

Document served on U.S.A. on 10/30/06

**RECEIVED**

NOV - 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT