IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Criminal Division

**FILED**

**JUN 2 8 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 06-21 (RBW) -5 |
| | ) |
| SEAN BLAKNEY | ) |
| | ) |
| (Lead Defendant Cinquan Blakney) | ) |

## ORDER FOR INTERIM PAYMENTS FOR DEFENDANT'S INVESTIGATOR

Due to the expected length and complexity of the proceedings in this matter, the investigator for defendant Sean Blakney may use the following procedures to obtain interim payments:

Counsel may submit to the Office of the Federal Public Defender every two months an interim investigator voucher, setting forth an itemization of compensation earned and reimbursable expenses. After a review by that Office, the Court will review the interim vouchers when submitted and will authorize compensation to be paid for the approved number of hours, up to the total previously authorized by this Court, as well as all reimbursable expenses reasonably incurred during the interim period.

One fifth of the out of court compensation approved for each investigative voucher shall be withheld until a final accounting. At the conclusion of the representation, the defendant's investigator shall submit a final voucher seeking payment of the amount withheld.

The defendant's investigator may submit the first interim voucher for all compensation and expenses from the date of his appointment to the end of the month when this Order is approved and filed.

**SO ORDERED**.

_Reggie B. Walton_
JUDGE REGGIE B. WALTON
United States District Judge

DATE June 20, 2007

_Janice R. Brown_
JANICE ROGERS BROWN
Circuit Judge, U.S. Court of Appeals
   For the District of Columbia

DATE June 25, 2007