UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    :

      v.    :    Criminal No. 06-21 (2) (RBW)

RALPH INGRAM    :

MOION TO JOIN MOTION FOR ENLARGEMENT OF TIME
TO FILE PRETRIAL MOTIONS

    Defendant, Ralph Ingram, by and through his Counsel, moves the Court for leave to join the motion for enlargement of time for the filing of pre-trial motions in this case. filed by co-Defendant Cinquan Blakney At present motions are scheduled to be filed October l2, 2007 and Responses are due by November 9, 2007.  Replies are due November 30, 2007.  A motions hearing is scheduled for March 3, 2008 at 9:30 a.m.

    Counsel for Defendant, Ralph Ingram joins the motion filed by co-defendant and concurs so that counsel can consult on the filing of additional pretrial motions and avoid redundancy in pleadings. Ralph Ingram  has filed some pre-trial motions, but additional ones are contemplated and the additional time is requested following consultation with other Counsel.  This application will not affect the hearing on pre-trial motions scheduled for March 3, 2008.

1

Counsel is advised that Government Counsel does not oppose the motion as long as they have the additional time requested. which the proposed schedule takes into account.

.WHEREFORE, Counsel prays that this motion be granted

                                                                                                         _____

                               WILLIAM J. GARBER #42887
                               717 D St. N.W. Ste 400
                                Wash.,DC 20004-2817
                                 (202) 638-4667
                                  Attorney for Defendant