IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Criminal Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 06-21 (RBW) |
| | ) | |
| | ) | |
| SEAN BLAKNEY | ) | |

## **ORDER**

Upon review of the Defendant's Motion *In Limine* For an Order Directing the Government to Timely Provide Impeachment Evidence as to All Out-of-Court Declarants ("Motion"),

**IT IS ORDERED,** that the defendant's Motion is hereby **GRANTED**.

**IT IS ACCORDINGLY ORDERED** that the government provide the defendant impeachment material as to all out-of-court declarants at the same time as such materials are provided for any witness who would testify as to statements by the out-of-court declarants.

**SO ORDERED**.

_____
JUDGE REGGIE B. WALTON

DATE _____