IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Criminal Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 06-21 (RBW) |
| ) | |
| ) | |
| SEAN BLAKNEY ) | |

## ORDER

Upon review of this matter, now before the Court on Defendant Blakney's Motion to Suppress Statements, and with good cause having been shown at a hearing on the Motion, it is hereby

**ORDERED**, that the Motion is hereby **GRANTED.**

The government will not be permitted to introduce as evidence any incriminating statement made by the defendant in response to interrogation on or about September 18, 2006. Whether any such statement can be used for impeachment purposes should the defendant take the stand at trial will be decided in that event.

**SO ORDERED**.

_____
JUDGE REGGIE B. WALTON

DATE _____

cc:   Joseph Beshouri
      419 - 7th Street, N.W., Suite 405
      Washington, D.C. 20004

      George Eliopoulos, Assistant United States Attorney
      U.S. Attorney's Office
      555 - 4th Street, N.W.
      Washington, D.C. 20530