IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Criminal Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 06-21 (RBW) |
| | ) | |
| | ) | |
| SEAN BLAKNEY | ) | |

**UNOPPOSED** MOTION TO ENLARGE TIME
FOR FILING DEFENDANT'S PRE-TRIAL MOTIONS

The defendant Sean Blakney, by and through undersigned counsel, respectfully moves this Court to enlarge the time within which pretrial motions will be filed by two weeks.

In support thereof, the defendant states:

October 12, 2007, was set by this Court as the deadline by which the defendants' pretrial motions should be filed. Counsel has been diligent in working to abide that deadline, and in fact certain intended motions have been filed. However, a motion relating the placing of the wiretap(s) as well as other motions remain unfiled due to recent, unanticipated circumstances in other matters in the last several days, days that had been set aside to prepare and file motions in this matter.

The Government consents to this motion with the understanding that the defendant will consent to a commensurate enlargement of time within which the Government will have to respond. The defendant so consents.

WHEREFORE, for the above-noted reasons, the defendant respectfully moves this Court to grant the instant Motion and allow a two-week enlargement of time within which he may file any additional pretrial motions, and a corresponding two-week enlargement of time for the Government's

response.

                      Respectfully submitted,


                      JOSEPH BESHOURI
                      419 7th Street, N.W.
                      Suite 201
                      Washington, D.C. 20004
                      202-842-0420