IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Criminal Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 06-21 (RBW) |
| ) | |
| ) | |
| SEAN BLAKNEY ) | |

## **ORDER**

Upon review of the defendant's Unopposed Motion To Enlarge Time For Filing Defendant's Pretrial Motions ("Motion"),

**IT IS ORDERED** that the defendant's Motion is **GRANTED**.

The defendant will have an additional two weeks within which to file his pretrial motions, that is, by October 26, 2007

**SO ORDERED**.

_____
JUDGE REGGIE B. WALTON
United States District Judge

DATE _____

Copies to:

Joseph Beshouri, Esquire
419 - 7th Street, N.W., Suite 201
Washington, D.C. 20004

George Eliopoulos, Esquire
Assistant U.S. Attorney
555 - 4th Street, N.W.
Washington, D.C. 20530